# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES E. LAFFERTY & KIMBERLY F. LAFFERTY  Case Number: 08-71821
1312 KINGSLEY DRIVE  SSN-xxx-xx-2302 & xxx-xx-6677
MACHESNEY PARK, IL 61115

Case filed on: 6/11/2008
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,797.51           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DONALD P SULLIVAN | 3,500.00 | 3,500.00 | 2,762.64 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,762.64 | 0.00 |
| 003 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES E. LAFFERTY | 0.00 | 0.00 | 121.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 121.84 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 22,474.37 | 0.00 | 0.00 | 0.00 |
| 028 | MATCO TOOLS | 3,509.56 | 3,500.00 | 443.36 | 186.64 |
|  | Total Secured | 25,983.93 | 3,500.00 | 443.36 | 186.64 |
| 004 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LA CHAPELLE CREDIT SER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 458.11 | 13.74 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MGMT SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | R&B RECEIVABLES MANA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AMERICAN HOSPITAL | 2,867.35 | 86.02 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY INC | 1,429.47 | 42.88 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MATCO TOOLS | 0.00 | 0.29 | 0.00 | 0.00 |
| 029 | ROCKFORD CARDIOLOGY ASSOCIATES | 128.00 | 3.84 | 0.00 | 0.00 |
|  | Total Unsecured | 4,882.93 | 146.77 | 0.00 | 0.00 |
|  | Grand Total: | 34,366.86 | 7,146.77 | 3,327.84 | 186.64 |

Total Paid Claimant: $3,514.48
Trustee Allowance: $283.03
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan